NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**J.R. SIMPLOT CO.,**
*Plaintiff-Appellee*

**v.**

**MCCAIN FOODS USA, INC.,**
*Defendant-Appellant*

-------------------------------------------------

**MCCAIN FOODS LTD.,**
*Plaintiff-Appellant*

**v.**

**J.R. SIMPLOT CO.,**
*Defendant-Appellee*

-------------------------------------------------

**J.R. SIMPLOT CO.,**
*Third-Party Plaintiff*

**v.**

**ELEA VERTRIEBS-UNDVERMARKTUNGSGESELLSCHAFT, MBH; FOOD PHYSICS LLC,**
*Third-Party Defendants-Appellees*

---

2024-1845

_____

Appeal from the United States District Court for the District of Idaho in Nos. 1:16-cv-00449-DCN, 1:17-cv-00350-DCN, Judge David C. Nye.

_____

Decided:  February 6, 2026

_____

BRIAN M. BUROKER, Gibson Dunn & Crutcher, LLP, Washington, DC, argued for J.R. Simplot Co.  Also represented by ANTHONY DAVID BRZOZOWSKI, II; DANA M. HERBERHOLZ, JORDAN STOTT, Dorsey & Whitney LLP, Boise, ID.

JENNIFER L. SWIZE, Jones Day, Washington, DC, argued for McCain Foods Ltd. and McCain Foods USA, Inc. Also represented by BRENDAN D. DUFFY; DAVID B. COCHRAN, JOHN CHARLES EVANS, MEREDITH WILKES, Cleveland, OH.

LESLEY MCCALL GROSSBERG, Ice Miller LLP, Philadelphia, PA, argued for Elea Vertriebs-und-Vermarktungsgesellschaft, mbH and Food Physics LLC.  Also represented by T. EARL LEVERE, Columbus, OH; KENNETH JON SHEEHAN, Washington, DC.

_____

Before DYK, HUGHES, and STOLL, *Circuit Judges*.

PER CURIAM.

The judgment is *affirmed* on the ground that the asserted claims (claims 1 and 6 of United States Patent

No. 6,821,540) are invalid as indefinite under 35 U.S.C. § 112.

**AFFIRMED**